LATHAM & WATKINS LLP
  Mark A. Flagel (Bar No. 110635)
  Ryan E. Hatch (Bar No. 235577)
  Jessica C. Kronstadt (Bar No. 267959)
mark.flagel@lw.com
ryan.hatch@lw.com
jessica.kronstadt@lw.com
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
  Dean G. Dunlavey (Bar No. 115530)
dean.dunlavey@lw.com
650 Town Center Drive - 20th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Plaintiff
A10 NETWORKS, INC.

**FILED**
NOV - 9 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

A10 NETWORKS, INC.,
a California Corporation,

   Plaintiff,

   v.

F5 NETWORKS, INC., a Washington Corporation,

   Defendant.

CASE NO. CV11 5458 PSG

**PLAINTIFF A10 NETWORKS, INC.'S DISCLOSURE STATEMENT**
[Northern Dist. Civil L.R. 3-16]

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1 | TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL
2 | PARTIES AND THEIR ATTORNEYS OF RECORD:
3 |     Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for
4 | A10 Networks, Inc. certifies that the following listed party may have a financial
5 | interest in the subject matter in controversy or in a party to the proceeding:
6 | **MITSUI & CO., LTD.**
7 |     Mitsui & Co., Ltd. is company that is publicly traded on the Tokyo
8 | exchange and owns 10% or more of the stock of A10 Networks, Inc.

10 | DATED: November 9, 2011

Respectfully submitted,

LATHAM & WATKINS LLP
Mark A. Flagel
Dean G. Dunlavey
Ryan E. Hatch
Jessica C. Kronstadt

By _____
Dean G. Dunlavey
Attorney for Plaintiff
A10 Networks, Inc.

LA\2325273.1